# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 06-41568 |
| ENERGY RECOVERY GROUP, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

## JOINDER IN OBJECTION TO CLAIM
## OF CARPENTER IBERIA PROPERTIES, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Official Committee of Unsecured Creditors (the "Committee") and files this Joinder (the "Joinder") In Objection to Claim of Carpenter Iberia Properties, Inc. (the "Objection") and would show as follows:

1. On or about June 25, 2007, Energy Recovery Group, LLC (the "Debtor") filed its Objection to the Proof of Claim filed in this proceeding by Carpenter Iberia Properties, Inc. ("Carpenter"). The Committee joins in the Objection and incorporates the provisions of the Objection herein as if copied verbatim.

2. The Committee further asserts that the Proof of Claim filed by Carpenter is invalid because all amounts rightfully due and owing by Debtor to Carpenter have been paid and any additional damages or interest asserted by Carpenter to be due were caused by their own actions and conduct or by parties other than the Debtor.

Wherefore, premises considered, the Committee prays that the Proof of Claim filed by Carpenter be disallowed in its entirety and for such other and further relief to which it may be entitled.

Respectfully submitted,

JASON R. SEARCY & ASSOCIATES, P.C.
BOX 3929
LONGVIEW, TEXAS 75606
TEL. 903/757-3399
FAX. 903/757-9559

By: /S/ Jason R. Searcy
   Jason R. Searcy
   Tx. S.B. # 17953500


CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 6th day of July, 2007, a true and correct copy of the above and foregoing document was served by U.S. First Class Mail, postage prepaid, to the parties list on the attached Service List.

          /S/ Jason R. Searcy
          Jason R. Searcy

**DEBTOR:**

Energy Recovery Group, LLC
c/o Dwight E. Brehm
2801 Regal Road, Suite 101
Plano, Texas 75075-6315

**ATTORNEYS FOR DEBTOR:**

Mark E. Andrews
Cox Smith Matthews
1201 Elm Street, Ste. 3300
Dallas, Texas 75270

**OFFICIAL UNSECURED CREDITORS' COMMITTEE:**

Mr. Jerry Kelley - Chairman
**Kelley Brothers**
PO Box 312
Waynesboro, MS 39367

Mr. Brad Adams
**Oil & Gas Rental**
228 St. Charles Ave., Suite 814
New Orleans, LA 70130

Mr. James Rigney
**RAPAD Drilling & Well Svc.**
217 West Capitol St., Suite 20
Jackson, MS 39201

Mr. Thomas Krafft
**West Bellevue**
3402 Shadow Hill Dr.
Baton Rouge, LA 70816

Bipin Pandya
**Moncla Well Service, Inc.**
PO Box 52288
Lafayette, LA 70505

**US TRUSTEE:**

Timothly O'Neal
U.S. Trustee
110 N. College Ave., Ste. 300
Tyler, Texas 75702

**NOTICE OF APPEARANCES:**

Vickie L. Driver
Greenberg Traurig, LLP
2200 Ross Ave., Ste. 5200
Dallas, Texas 75201

Stewart Peck
Lugenbuhl, Wheaton, Peck...
601 Poydras Street, Ste. 2775
New Orleans, LA 70130

Collin County Tax
c/o David McCall
777 East 15th Street
Plano, Texas 75074

Theodore L. Koenen
3112 Lynbrook Dr.
Plano, Texas 75075

Susan B. Hersh, P.C.
Atty. for Theodore L. Koenen
12770 Coit Rd., Ste. 1100
Dallas, Texas 75251

Carpenter Iberia Properties, Inc.
c/o Michelle A. Mendez
1445 Ross Ave., Ste. 3700
Dallas, Texas 75202-2799

Wood Group Pressure Control c/o
Carl Dore', Jr.
17171 Park Row, Ste. 350
Houston, Texas 77084

Chris L. Schmutz
Schmutz & Mohlman, LLC
533 West 2600 South #200
Bountiful, UT 84010

Jason S. Brookner
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201

Marvin Mohney, Esq.
120 Founders Square
900 Jackson Street
Dallas, Texas 75202

Brandan Lowther, Manager
Patriot Production Group, LLC
P.O. Box 7115
Gulfport, MS 39506

**Gary Billingsley, Manager**
**Gulf Coast Mineral, LLC**
**574 Park Avenue**
**Foley, AL 36535**

Charles N. Parnell, III
Parnell & Crum, P.A.
PO Box 2189
Montgomery, Alabama 36102

William D. Stoneburner
PO Box 1792
Belton, Texas 76513-5792

Judy Hamilton Morse
Cherish K. Ralls
20 North Broadway, Ste. 1800
Oklahoma City, OK 73102-8273

John P. Lewis, Jr.
Suite 210, Adolphus Tower
1412 Main Street
Dallas, Texas 75202

Jerry C. Oldshue, Jr., Esq.
ROSEN HARWOOD, P.A.
P.O. Box 2727
Tuscaloosa, Alabama 35403

| | | |
|---|---|---|
| U.S. Attorney General - Dept. of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530 | Jeanne Crandall<br>Reyna Hinds & Crandall<br>1201 Elm Street, Ste. 3850<br>Dallas, Texas 75270 | **CREDITORS:** |
| Applied Ind Tech<br>22510 Network Place<br>Chicago, IL 60673-1255 | B and B Oil Well Service<br>PO Drawer 279<br>Heidelberg, MS 39439-0279 | B and P Swab Services Inc<br>PO Box 906<br>Columbia, MS 39429 |
| B and B Welding<br>PO Box 94<br>Fayette, AL 35555 | Bahams Portables Inc<br>PO Box 909<br>Eunice, LA 70535 | Belaires Welding Inc<br>1093 Lake Martin Road<br>Breaux Bridge, LA 70517 |
| Black Warrior Wireline Corp<br>PO Box 23639<br>Jackson, MS 39225-3639 | Boom and Bucket Truck Crane<br>PO Box 1322<br>Orange Beach, AL 36561 | Bourque Vacuum Service<br>713 Colorado Rd<br>Duson, LA 70529 |
| Brothers Oilfield Service Supply<br>PO Box 53148<br>Lafayette, LA 70505 | C and C Rental Tools LLC<br>PO Box 643<br>Laurel, MS 39441 | Cajun Well Service<br>1088 Bergeron Rigs Rd<br>Breaux Bridge, LA 70517 |
| Caskids Operating Company<br>3637 W Alabama<br>STE 400<br>Houston, TX 77027 | CCS Energy Services LLC<br>PO Box 84127<br>Baton Rouge, LA 70884 | Central Industries Inc<br>PO Box 1380<br>Scott, LA 70583 |
| Challenger Deepwell<br>PO Box 1002<br>Columbia, MS 39429 | Charco<br>PO Box 609<br>Flomaton, AL 36441 | Charles Holston Inc<br>PO Box 1605<br>Lake Charles, LA 70602-1605 |
| Control Service Chemical Corp.<br>PO Box 1279<br>Tomball, TX 77377-1279 | Core Laboratories LP<br>PO Box 841787<br>Dallas, TX 75284-1787 | Crisco Swabbing Services Inc<br>PO Box 1555<br>Prentiss, MS 39474 |
| Davis Lynch Inc<br>PO Box 262326<br>Houston, TX 77207-2326 | Diamond Tank Rentals<br>PO Box 2706<br>Morgan City, LA 70381 | Downhole Drilling Svc LLC<br>103 Ridona Street<br>Lafayette, LA 70508 |
| Dyna Coil of Louisiana<br>1121 North Longview<br>Kilgore, TX 75662 | Dynasty Transportation<br>3605 Highway 90 East<br>Broussard, LA 70518 | Eagle Express<br>PO Box 2082<br>Choctaw Station<br>Laurel, MS 39442-2082 |

| | | |
|---|---|---|
| E and D Services<br>PO Box 2772<br>Laurel, MS 39442 | Eastern Fishing & Rental Tools<br>PO Box 292<br>Laurel, MS 39441 | Elkins Electric Corp of MS<br>PO Box 546<br>Sandersville, MS 39447 |
| Evans Rentals Inc<br>PO Box 80397<br>Lafayette, LA 70598 | Expro Americas Inc<br>PO Box 3446<br>Dept 113<br>Houston, TX 77210-4346 | Flarestack Well Testers<br>PO Box 1756<br>Laurel, MS 39441 |
| Francis Drilling Fluids<br>PO Box 1694<br>Crowley, LA 70527-1694 | Franks Casing Crew<br>PO Box 51729<br>Lafayette, LA 70505-1729 | Full Circle Pump and Supply Inc<br>PO Box 975<br>Heidelberg, MS 39439 |
| G B Smith Corp<br>PO Box Drawer 1987<br>Laurel, MS 39441 | Gordan Arata McCollam DuPlant<br>210 St Charles Ave<br>New Orleans, LA 70043 | Grant Prideco<br>Tube Alloy Division<br>410 Commercial Parkway<br>Broussard, LA 70518 |
| Greenes Energy Group<br>PO Box 80129<br>Lafayette, LA 70598-0129 | Guichard Operating Co., Inc<br>PO Box 2000<br>Crowley, LA 70527 | Gulf Coast Mineral<br>574 Park Avenue<br>Foley, AL 36535 |
| Gyrodata Incorporated<br>1682 W Sam Houston Pkwy N<br>Houston, TX 77043 | H and H Transportation LLC<br>PO Box 2206<br>Laurel, MS 39442-2206 | Harold J Anderson Inc<br>1580 W. Causeway, Ste. 4<br>Mandeville, LA 70471-3033 |
| Henley Dozer Co<br>17299 Old Joe Moran Rd<br>Kiln, MS 39556 | Heritage Pipe Inc<br>109 Hampton Rd<br>Lafayette, LA 70503 | HTS Inc<br>206 Row One<br>Lafayette, LA 70508 |
| Industrial Lift Truck<br>PO Box 2272<br>Lafayette, LA 70502 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Intracoastal Liquid Mud Inc<br>PO Box 51784<br>Lafayette, LA 70505 |
| Jack Stelly and Associates<br>PO Box 53353<br>Lafayette, LA 70505 | Janic Directional Survey<br>PO Box 91830<br>Lafayette, LA 70509 | J A Tucker<br>260 Russett Lake Drive<br>Hoover, AL 35244 |
| Jim Docherty Consulting LLC<br>701 Robley Drive<br>Lafayette, LA 70503 | Jimco Pumps<br>PO Box 6255<br>Laurel, MS 39441 | Kelley Brothers Contractors, Inc<br>c/o Jerry Kelley<br>P.O. Drawer 1079<br>Waynesboro, MS 39367 |

| | | |
|---|---|---|
| Kelley Oil Co<br>700 South St<br>PO Box 11<br>Waynesboro, MS 39367 | Kimray<br>PO Box 18949<br>Oklahoma City, OK 63154-0949 | Lamar Oil 7 Gas<br>PO Box 2197<br>Rockport, TX 78381 |
| L and L Welding Inc<br>PO Box 12105<br>Birmingham, AL 35202 | L F Manufacturing Inc<br>PO Box 4346<br>Dept 667<br>Houston, TX 77210-4346 | Landtel Communications<br>PO Box 61567<br>Lafayette, LA 70596-1567 |
| Laperouse Abstract Co<br>126 Hacker St<br>New Iberia, LA 70560 | Magnolia Land Co<br>c/o Amsouth Bank NRRE Dept<br>PO Box 1628<br>Mobile, AL 36633 | Mid South Contractors<br>PO Box 1982<br>Laurel, MS 39441-1982 |
| Middleberg Riddle and Gianni<br>201 St Charles Ave<br>31st Floor<br>New Orleans, LA 70170-3100 | Milling Benson Woodward<br>PO Box 51327<br>Lafayette, LA 70505-1327 | Moncla Well Service<br>PO Box 62600<br>Dept 1084<br>New Orleans, LA 70162-2600 |
| Motion Industries<br>PO Box 953<br>Brewton, AL 36427 | Murphy Swabbing Inc<br>15739 Hunt Rd<br>PO Box 350<br>Saratoga, TX 77585 | Natco<br>PO Box 4160<br>Houston, TX 77210-4160 |
| Nauvoo LLC<br>PO Box 61250<br>Lafayette, LA 70596-1250 | Newpark Drilling Fluids<br>1311 Broadfield Blvd Ste 600<br>Houston, TX 77084 | Office of the Attorney General<br>c/o Mark Browning<br>PO Box 12548<br>Austin, TX 78711 |
| Oil & Gas Rental Services, Inc.<br>c/o Brad A. Adams<br>228 St. Charles Ave., Suite 814<br>New Orleans, LA 70130 | Oilfield Instrumentation<br>PO Box 51902<br>Lafayette, LA 70505-1902 | Oilwell Hydraulics<br>1101 West 2nd St<br>Odessa, TX 79763 |
| Omni Laboratories Inc<br>PO Box 41219<br>Houston, TX 77241-1219 | Packers and Service Tools Inc<br>PO Box 507<br>Broussard, LA 70518 | Parrott Transport Co Inc<br>623 Highway 55<br>Montegut, LA 70377 |
| Pelican Pipe<br>14015 Park Dr<br>Suite 112<br>Tomball, TX 77377 | Perf O Log<br>101 Bolton Street<br>Lafayette, LA 70508 | Petroleum Center Inc<br>915 Talbot Rd<br>Thibodaux, LA 70301 |
| Phoenix Resources Alabama<br>PO Box 10810<br>Lake Charles, LA 70616 | Pitts Swabbing Service<br>PO Box 554<br>Laurel, MS 39441 | Precision Energy Services<br>PO Box 200698<br>Dallas, TX 75320-0698 |

| | | |
|---|---|---|
| Preheat Inc<br>508 Engineers Road<br>Belle Chasse, LA 70037 | Premiere Inc<br>PO Box 4585<br>Houston, TX 77210-4585 | Premium Valve Services, LP<br>4825 Paysphere Circle<br>Chicago, IL 60674 |
| Production Wireline and Cased<br>Hole Services Group LLC<br>PO Box 3307<br>Lafayette, LA 70502-3307 | Pryor Packers Inc<br>PO Box 2754<br>Laurel, MS 39442-2754 | Quality Drilling Fluids<br>PO Box 128<br>Ellisville, MS 39437 |
| R and D Welding Service<br>PO Box 903<br>Waynesboro, MS 39367 | R and R Rentals<br>PO Box 1161<br>Laurel, MS 39441 | Rapid Drilling Products<br>PO Box 81277<br>Lafayette, LA 70598-1277 |
| RDA Service Company<br>PO Box 278<br>Citronelle, AL 36522 | Reagan Equipment<br>PO Box 95164<br>New Orleans, LA 70195 | Redfish Rental Inc<br>8027 Highway 182 E<br>Morgan City, LA 70380 |
| Redman P and S<br>PO Box 849784<br>Dallas, TX 75284-9784 | Reliant Fluid Technologies<br>2933 Highway 1 North<br>Port Allen, LA 70767 | R J Stuckey<br>PO Box 206<br>Century, FL 32535 |
| Rotor Tech Inc<br>10613 Stebbins Circle<br>Houston, TX 77043 | S C Minerals Inc<br>3421 N Causeway Blvd No 403<br>Metairie, LA 70002 | S O S Shubuta Oilfield Svc<br>PO Box 147<br>Shubuta, MS 39360 |
| Sam Broussard Trucking Co<br>PO Box 11507<br>New Iberia, LA 70562-1507 | Sand Control Systems<br>PO Box 92561<br>Lafayette, LA 70509 | Schlumberger Tech Corporation<br>PO Box 201193<br>Houston, TX 77216 |
| Scientific Drilling<br>1100 Rankin Road<br>Houston, TX 77073 | Seal Energy Company<br>2712 Athania Parkway<br>Metairie, LA 70002 | Sea Shells Inc<br>PO Box 9189<br>New Iberia, LA 70562-1507 |
| Secorp<br>PO Box 3020<br>Ridgeland, MS 39158-3020 | Shadyside Company Ltd<br>PO Box 325<br>Franklin, LA 70538 | Slickline Service and Supply<br>PO Box 249<br>Jay, FL 32565-0249 |
| Smith Compression<br>PO Box 130<br>Hamilton, MS 39746 | Smith International Inc<br>PO Box 200760<br>Dallas, TX 75320-0760 | Solar Injection Systems Inc<br>PO Box 7805<br>Midland, TX 79708 |

| | | |
|---|---|---|
| Soloco LLC<br>PO Box 62600<br>Dept 1049<br>New Orleans, LA 70162-2600 | S O S Shubuta Oilfield Svc<br>PO Box 147<br>Shubuta, MS 39360 | South Alabama Gas<br>602 Belleville St<br>Evergreen, AL 36401 |
| Southern Flow<br>PO Box 51475<br>Lafayette, LA 70505-1475 | Southern Wireline Service Inc<br>PO Box 51328<br>Lafayette, LA 70527 | State of Alabama<br>State Lands Division<br>64 North Union St<br>Montgomery, AL 36130 |
| Steve Kent Trucking Inc<br>PO Box 148<br>Lottie, LA 70756 | Stewarts Testing Inc<br>PO Box 371<br>Laurel, MS 39441-0371 | Stinger Wellhead Protection<br>PO Box 1639<br>Allen, TX 75013 |
| Stokes and Spiehler<br>PO Box 52006<br>Lafayette, LA 70505 | STR Inc<br>13308 N MacArthur Blvd<br>Oklahoma City, OK 73142 | Stratagraph Inc<br>PO Box 54157<br>New Orleans, LA 70154 |
| Superior Delivery<br>PO Box 355<br>Baker, LA 70704-0355 | Superior Energy Services LLC<br>PO Box 95375<br>New Orleans, LA 70195 | T and T Welding Service<br>PO Box 279<br>Ellisville, MS 39437 |
| Tanner Fuel Services<br>4332 Highway 190<br>Eunice, LA 70535 | Terry Valentine<br>797 Oden Drive<br>Waskom, TX 75692 | Tetra Production Testing<br>PO Box 841185<br>Dallas, TX 75284-1185 |
| T J Scarbrough Inc<br>PO Box 1148<br>Chatom, AL 36518 | T K Stanley Inc<br>PO Box 31<br>Waynesboro, MS 39367 | Tollpushers Supply Co<br>PO Box 1714<br>Casper, WY 82602 |
| Tong Specialty LLC<br>PO Box 80127<br>Lafayette, LA 70598-0127 | Traco Production Svc<br>PO Box 779<br>Youngsville, LA 70592-0779 | Transvac, LLC<br>PO Box 1703<br>Abbeville, LA 70511-1703 |
| Trend Services Inc<br>PO Box 747<br>Broussard, LA 70518 | Triple S Well Service<br>PO Box 625<br>Columbia, MS 39429 | TTL Inc<br>PO Drawer 1128<br>Tuscaloosa, AL 35403 |
| Twin States Tool<br>PO Box 368<br>Cottondale, AL 35453 | Universal Compression<br>PO Box 972641<br>Dallas, TX 75397-2641 | US Liquids of LA LP<br>PO Box 201440<br>Dallas, TX 75320-1440 |

Venture Transport
PO Box 974167
Dallas, TX 75397-4167

Vernco, Inc
461 Bearb Rd
Sunset, LA 70584

Wade Services Inc
PO Drawer 399
Ellisville, MS 39437

Weatherford Enterra U.S.
PO Box 200019
Houston, TX 77216-0019

W H Robbins and Assoc
302 La Rue France
Suite 100
Lafayette, LA 70508

Wood Group Pressure Control
PO Box 911776
Dallas, TX 75391-1776

XChem
PO Box 971433
Dallas, TX 75379-1433

Young Transportation
1875 Greta Lane
Ville Platte, LA 70586